# EXHIBIT C

# LAW OFFICE OF MATTHEW B. WALLER

20 Vesey Street, Suite 500
New York, N.Y. 10007
Tel: 212-766-4404 * Fax: 212-766-5899

July 6, 2021

The City of New York
Office of the Comptroller
1 Centre Street
New York, NY 10007
**Attn: Richard Briskin /Claims Dept.**

|  |  |  |
|---|---|---|
| Re: | Our Client: | **CHRIS TERRY** |
|  | NYC Claim#: | **2020PI003226** |
|  | DOB: | ▮ |
|  | SS#: | ▮ |

Dear Mr. Briskin:

Enclosed please find the following:

1. Our client's duly executed Release form;
2. Our client's signed and notarized Power of Attorney form;
3. Plaintiff's Affidavit of Status of Liens;
4. Affidavit of Status of Attorney Liens; and
5. IRS W9 Form.

Kindly forward your draft of **$3,500.00** payable to **CHRIS TERRY** and the **Law Office of Matthew B. Waller** as his attorney.

Thank you for your time and attention.

Should you have any questions, please do not hesitate to call our office.

Very truly yours,

MATTHEW B. WALLER