

| | **THE CITY OF NEW YORK** | |
| --- | --- | --- |
| **MURIEL GOODE-TRUFANT** | **LAW DEPARTMENT** | **SEAMUS O'CONNOR** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Assistant Corporation Counsel*<br>phone: (212) 356-2337<br>fax: (212) 356-3509<br>seoconno@law.nyc.gov |

July 3, 2025

**ELECTRONIC MAIL & FIRST CLASS MAIL**

Robert T. Perry, Esq. (via First Class Mail)
509 12th Street
Ste #2c 11215
Brooklyn, NY 11201
rtperry32@gmail.com

    Re:    Chris Terry v. City of New York, et al.
            23 CV 5955 (NRM) (JRC)

Mr. Perry:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney assigned to defend the City of New York and Officer Frank Ryan in the above referenced matter.

    Defendants write, pursuant to the Individual Practice Rules of the Honorable Nina R. Morrison, to advise that today Defendants re-served by electronic mail and first class mail their previous Motion to Dismiss the Complaint, which includes the following documents:

- Defendants' Notice of Motion;
- Declaration of Adam Karp (with Exhibits A through C); and
- Defendants' Memorandum of Law in Support of their Motion to Dismiss the Complaint.

    A courtesy copy of the motion papers are being sent by email with this letter. Pursuant to Judge Morrison's Rules the motion will be filed when it is fully briefed by both parties. Also pursuant to Judge Morrison's Rules, this letter will be filed on the docket.

    Defendants thank you for your time and attention to this matter.

                            Respectfully submitted,

                            */s/ Seamus O'Connor*
                            Seamus O'Connor

*Assistant Corporation Counsel*
Special Federal Litigation Division

Encl.