# EXHIBIT B

**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version: NYC-COMPT-BLA-PI1-D

# Personal Injury Claim Form

Electronically filed claims must be filed at the NYC Comptroller's Website. If your claim is not resolved within 1 year and 90 days from the date of occurrence you must start legal action to preserve your rights.

**I am filing:** ◯ On behalf of myself.

◯ On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name:
First Name:
Relationship to the claimant:

⦿ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| Field | Value |
|---|---|
| Firm or Last Name: | Law Office of Matthew B. Waller |
| Firm or First Name: | |
| Address: | 20 Vesey Street |
| Address 2: | Suite 503 |
| City: | New York |
| State: | NEW YORK |
| Zip Code: | 10007 |
| Tax ID: | |
| Phone #: | (212) 766-4404 |
| *Email Address: | mwalle1@gmail.com |
| *Retype Email Address: | mwalle1@gmail.com |

**Claimant Information**

| Field | Value |
|---|---|
| *Last Name: | Terr |
| *First Name: | Chris |
| *Address: | MDC |
| Address 2: | |
| *City: | New York |
| *State: | NEW YORK |
| *Zip Code: | 10013 |
| *Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | mwalle1@gmail.com |
| *Retype Email Address: | mwalle1@gmail.com |
| Occupation: | |
| City Employee? | ◯ Yes  ⦿ No  ◯ NA |
| Gender | ⦿ Male  ◯ Female  ◯ Other |

**The time and place where the claim arose**

| Field | Value |
|---|---|
| *Date of Incident: | 11/13/2019  Format: MM/DD/YYYY |
| Time of Incident: | Format: HH:MM AM/PM |
| *Location of Incident: | MDC, 9 north |
| Address: | |
| Address 2: | |
| City: | |
| *State: | NEW YORK |
| Borough: | MANHATTAN (NEW YORK) |

**\* Denotes required fields. A Claimant OR an Attorney Email Address is required.**

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

| | |
|---|---|
| **\*Manner in which claim arose:** | On November 13, 2019, the Claimant Chris Terr - B&C# 141-19-02613 was injured as a result of the negligence of the City of New York (CITY) and New York City Department of Correction (DOC) when he was caused to slip and fall and sustain serious injuries. On the aforementioned date and location as claimant was lawfully within the bathroom area claimant was caused to slip and fall as a result of wet ground. This Hazard/wet surface was left without warning and/or repair causing claimant to fall to the ground and sustain injuries. Such condition which constituted a hazardous and/or dangerous condition caused him to fall down.  At no time did the Correction Staff put up signs making lawful users of the premises aware that the floor was wet/dangerous/defective or that a hazard was present and allowed the condition to remain for an unreasonable amount of time.  As a result of the fall claimant sustained serious injuries including but not limited to injury to his head, neck, back, amongst other parts of his body.  Notice both actual and constructive are claimed as either the City and/or the DOC created this condition and/or allowed this condition to exist for an unreasonable amount of time.  A claim is made for negligence against the City and the DOC as the injuries occurred while the claimant was in their care, custody and control. |

*\* Denotes required field.*

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

| | |
|---|---|
| **The items of damage or injuries claimed are (include dollar amounts):** | For the serious injuries sustained by the claimant, including but not limited to his head, neck, back, amongst other parts of his body, a claim is made for one million ($1,000,000.00) dollars. |

**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

### Medical Information

| Field | Value |
|---|---|
| 1st Treatment Date: | *Format: MM/DD/YYYY* |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | *Format: MM/DD/YYYY* |
| Was claimant taken to hospital by an ambulance? | ◯ Yes  ◯ No  ◯ NA |

### Employment Information (If claiming lost wages)

| Field | Value |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

### Treating Physician Information

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

### Witness 1 Information

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

### Witness 2 Information

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

### Witness 3 Information

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

### Witness 4 Information

| Field | Value |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

## Complete if claim involves a NYC vehicle

### Owner of vehicle claimant was traveling in

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

### Non-City vehicle driver

- Last Name:
- First Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:

### Insurance Information

- Insurance Company Name:
- Address
- Address 2:
- City:
- State:
- Zip Code:
- Policy #:
- Phone #:

### Non-City vehicle information

- Make, Model, Year of Vehicle:
- Plate #:
- VIN #:

### City vehicle information

- Plate #:
- City Driver Last Name:
- City Driver First Name:

**Description of claimant:**
○ Driver    ○ Passenger
○ Pedestrian    ○ Bicyclist
○ Motorcyclist    ○ Other

---

**Total Amount Claimed:** $1,000,000.00          Format: Do not include "$" or ",".

The **Total Amount Claimed** can only be entered once the following required fields are entered:

Claimant Last Name
Claimant First Name
Claimant Address,City,State,Zip Code, and Country
Claimant Email or Attorney Email
Date of Incident
Location of Incident (including State)
Manner in which claim arose

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*